William A. Hanssen (Bar No. 110613)
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1500
Los Angeles, CA  90067-1517
Telephone:      (310) 203-4000
Facsimile: (310) 229-1285
william.hanssen@dbr.com

Patrick J. Kelleher (*pro hac vice*)
Carrie A. Beyer (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL  60606-1698
Telephone:      (312) 569-1000
Facsimile: (312) 569-3000
patrick.kelleher@dbr.com
carrie.beyer@dbr.com

Attorneys for Defendant
Empty Jar, LLC f/k/a Jardogs, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYMEDICALRECORDS, INC. a Delaware Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> JARDOGS, LLC an Illinois Limited Liability Company, ALLSCRIPTS HEALTHCARE SOLUTIONS INC., a Delaware Corporation, <br><br> Defendant. | Case No. 2:13-cv-03560-ODW (SHx) <br><br> **EMPTY JAR'S STATEMENT OF NON-OPPOSITION TO ALLSCRIPTS' MOTION TO STAY** <br><br> The Hon. Otis D. Wright |

1         In accordance with Local Rule 7-9(b) of the United States

2    District Court for the Central District of California, defendant Empty

3    Jar, LLC f/k/a Jardogs, LLC hereby notifies the Court that it does

4    not oppose the Motion to Stay filed by Allscripts on

5    November 5, 2014 (Dkt. No. 83).

6

7    Dated: Nov. 17, 2014            Respectfully submitted,

8

9               By:    */s/ William A. Hanssen*

10

11              William A. Hanssen

12              **DRINKER BIDDLE & REATH LLP**

                1800 Century Park East #1500

13              Los Angeles, CA 90067-1517

14              (310) 203-4000

15              Patrick J. Kelleher

                Carrie A. Beyer

16              **DRINKER BIDDLE & REATH LLP**

17              191 N. Wacker Dr. #3700

                Chicago, IL 60606

18              (312) 569-1000

19

20              *Attorneys for*

                *Empty Jar, LLC*

21              *f/k/a Jardogs, LLC*

22

23   ACTIVE/ 77798434.1

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW

EMPTY JAR'S STATEMENT OF NON-OPPOSITION
TO ALLSCRIPTS' MOTION TO STAY

- 2 -

CASE NO. 2:13-CV-03560-ODW (SHx)