JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

MYMEDICALRECORDS, INC.,

        Plaintiff,

        v.

JARDOGS, LLC; ALLSCRIPTS
HEALTHCARE SOLUTIONS, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:13-cv-03560-ODW(SHx)

**FINAL JUDGMENT**

Judge: Hon. Otis D. Wright II

1  WHEREAS, Plaintiff MyMedicalRecords, Inc. contended that Defendant
2  Allscripts Healthcare Solutions, Inc. infringes claims 1-3 of U.S. Patent No.
3  8,498,883 ("the Asserted Claims of the '883 patent") and claims 8-12 of U.S.
4  Patent No. 8,301,466 ("the Asserted Claims of the '466 Patent"), and that
5  Defendant Jardogs, LLC, n/k/a Empty Jar, LLC, infringes the Asserted Claims of
6  the '466 Patent;

7  WHEREAS, on November 17, 2014, Defendant Allscripts Healthcare
8  Solutions, Inc. filed a Motion for Summary Judgment that the Asserted Claims of
9  the '883 Patent are invalid as indefinite under 35 U.S.C. § 112 ("Motion for
10  Summary Judgment," ECF No. 91 in Case No. 2:13-cv-00631);

11  WHEREAS, on December 22, 2014, the Court issued an order granting the
12  Motion for Summary Judgment and holding that the Asserted Claims of the '883
13  Patent are invalid as indefinite under 35 U.S.C. § 112 (ECF No. 108);

14  WHEREAS, on November 17, 2014, Defendants Jardogs, LLC and
15  Allscripts Healthcare Solutions, Inc. filed a Motion for Judgment on the Pleadings
16  that the Asserted Claims of the '466 Patent are invalid as unpatentable under 35
17  U.S.C. § 101 ("Motion for Judgment on the Pleadings," ECF No. 90 in Case No.
18  2:13-cv-00631);

19  WHEREAS, on December 23, 2014, the Court issued an order granting the
20  Motion for Judgment on the Pleadings and holding that the Asserted Claims of the
21  '466 Patent are invalid as unpatentable under 35 U.S.C. § 101 (ECF No. 109); and,

22  WHEREAS, in view of the Court's Orders, final judgment should be entered.
23  **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

24  1.   The Asserted Claims of the '883 Patent are invalid as indefinite under
25  35 U.S.C. § 112;

26  2.   The Asserted Claims of the '466 Patent are invalid as unpatentable
27  under 35 U.S.C. § 101;

28  3.   Final judgment is entered in favor of Defendants Jardogs, LLC and
Allscripts Healthcare Solutions, Inc.;

4.     Plaintiff MyMedicalRecords, Inc. takes nothing from Defendants Jardogs, LLC or Allscripts Healthcare Solutions, Inc.;

5.     Pursuant to L.R. 54-1, Defendants Jardogs, LLC and Allscripts Healthcare Solutions, Inc. are the prevailing parties in this action, and Defendants' costs shall be taxed against Plaintiff;

6.     Pursuant to L.R. 54-2 and L.R. 54-10, any motions or applications for costs or attorneys' fees shall be served and filed within fourteen (14) days after the entry of this Final Judgment; and,

7.     The case is dismissed with **PREJUDICE** and the Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 9, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**